UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| SYLVIA M. RODRIGUEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL NO. 1:17cv258 |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) |
| Defendant. | ) ) |

## OPINION AND ORDER

This matter is before the court on the Commissioner's "Agreed Motion for Reversal With Remand for Further Administrative Proceedings" [DE 30], filed on August 28, 2018.

The background facts are as follows. On March 26, 2018, following briefing by the parties, the Court entered final judgment in favor of the Commissioner (DE 21). On May 24, 2018, Plaintiff filed a timely notice of appeal (DE 22; 7th Cir. No. 18-2174). On August 10, 2018, the Commissioner filed an "Unopposed Motion for Relief From Judgment, pursuant to Federal Rule of Civil Procedure 60(b)(6) [DE27]. On August 16, 2018, this Court indicated that it would grant relief from its judgment should the Court of Appeals remand for that purpose (DE 28). On August 17, 2018, the Court of Appeals remanded this case to this Court for further proceedings upon consideration of the parties' joint motion to remand [DE 29].

Federal Rule of Civil Procedure 60(b)(6) allows the Court to relieve a party from a final judgment for "any . . . reason that justifies relief." Relief from the Court's judgment is now justified because both parties agree that this matter should be remanded to the Social Security Administration for further administrative proceedings. On remand, Plaintiff's claim will be sent to an administrative law judge (ALJ), who will offer Plaintiff a new hearing and decision pursuant to

the fourth sentence of 42 U.S.C. § 405(g). On remand the ALJ will develop the record as necessary and obtain supplemental vocational expert testimony.

Accordingly, the motion for relief from judgment [DE 27] and the agreed motion for remand [DE 30] are hereby GRANTED. Further, this Court's March 26, 2018 Opinion and Order [DE 20] and Clerk's Entry of Judgment [DE 21] are hereby VACATED.

The decision of the ALJ denying Plaintiff's application for benefits is hereby REMANDED for further proceedings as detailed in this Order.

SO ORDERED.

Entered: September 4, 2018.

s/ William C. Lee
William C. Lee, Judge
United States District Court